1010

William Floyd NETTLE, Appellant, v.
SOUTHWEST TELEPHONE
COMPANY, et al.

No. 11585.

Circuit Court of Appeals, Eighth Circuit.

Sept. 13, 1939.

C. T. Carpenter, of Marked Tree, Ark.,
for appellant.

Reid & Evrard, of Blytheville, Ark.,
for appellees.

PER CURIAM.

Appeal, 26 F.Supp. 12, docketed and
dismissed, on motion of appellee and con-
sent of appellant.

NEW MEXICO POTASH AND CHEMI-
CAL COMPANY, Inc., v. INDEPENDENT
POTASH AND CHEMICAL COMPANY et
al.

No. 1933.

Circuit Court of Appeals, Tenth Circuit.

Nov. 10, 1939.

Caswell S. Neal, of Carlsbad, N. M.,
Tom W. Neal, of Santa Fe, N. M., Jethro
S. Vaught and George R. Craig, both of
Albuquerque, N. M., for appellant.

Stagner & Reese, of Carlsbad, N. M.,
for appellees.

Before PHILLIPS, BRATTON, and
HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed at the costs of appel-
lant, for the reason that the order appealed
from is not a final appealable order.

Angelo NIGRO, Appellant, v. UNITED
STATES of America.

No. 11525.

Circuit Court of Appeals, Eighth Circuit.

Oct. 25, 1939.

Charles S. Walden and Michael A.
O'Donnell, both of Kansas City, Mo., for
appellant.

Maurice M. Milligan, U. S. Atty., and
Richard K. Phelps, Asst. U. S. Atty., both
of Kansas City, Mo.

PER CURIAM.

Appeal from District Court dismissed,
per dismissal by appellant, without costs
to either party in this court. Defendant
ordered to surrender to custody, etc.

George W. OLNEY et al., Appellants, v.
AMERICAN CRYSTAL SUGAR
COMPANY.

No. 11311.

Circuit Court of Appeals, Eighth Circuit.

March 25, 1939.

F. A. Whiteley, of Minneapolis, Minn.,
for appellants.

William J. Belknap and William J.
Belknap, Jr., both of Detroit, Mich., for
appellee.

PER CURIAM.

Motion by appellants for leave to file
typewritten copies of record denied, and
appeal from District Court dismissed, on
motion of appellee, for want of diligent
prosecution.